1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiffs,
   ISIDRO RODRIGUEZ, et al.
6

7  Keric J. Cushing, Esq.
   GIANELLI & ASSOCIATES
8  P.O. Box 3212
   Modesto, CA 95353
9  Telephone: (209) 521-6260
   Facsimile: (209) 521-5971
10
   Attorneys for Defendants,
11 FIVE J'S TRUCKING, INC., et al.

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                            (Fresno Division)

16

17  ISIDRO RODRIGUEZ, et al.,           )   CASE NO. 1:09-CV-0067-LJO-SMS
                                        )
18                    Plaintiffs,       )   STIPULATION TO VACATE
                                        )   SETTLEMENT CONFERENCE AND
19  vs.                                 )   CONTINUE STATUS CONFERENCE;
                                        )   ORDER
20  FIVE J'S TRUCKING, INC., et al.,    )
                                        )
21                    Defendants.       )
                                        )
22

23       It is hereby stipulated by and between the parties, through their respective attorneys, as

24  follows:

25       1.    Plaintiffs and defendants have entered into a monetary settlement of the above-

26  captioned matter. Pursuant to the settlement, defendants have made several payments into the trust

27  account of their attorneys, Keric J. Cushing of Gianelli & Associates. Defendants expect to fully

28  fund the monetary settlement on or before September 14, 2009.

    2.    Given that defendants have agreed to a settlement and have made several installment payments toward fulfilling of settlement, the parties believe that the Settlement Conference scheduled in this matter for July 29, 2009 at 10:00 a.m. before Magistrate Judge Sandra M. Snyder should be vacated.

    3.    In addition, the parties request that the Scheduling Conference now set for July 29, 2009 at 10:00 a.m. be continued to September 15, 2009 or the first available date thereafter on the Court's calendar.

    4.    The purpose for the continuance of the Scheduling Conference is to allow defendants the opportunity to satisfy the deadline of September 14, 2009 for fully funding the settlement in this matter.

Dated: July 14, 2009

        LAW OFFICE OF JERRY BUDIN

        /s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiffs,
ISIDRO RODRIGUEZ, et al.

Dated: July 14, 2009

        GIANELLI & ASSOCIATES

        /s/ Keric J. Cushing
_____
KERIC J. CUSHING
Attorney for Defendants,
FIVE J'S TRUCKING, INC., et al.

///
///
///
///
///
///
///
///
///

1 ORDER

2     GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

3     1.    The Settlement Conference scheduled for July 29, 2009 at 10:00 a.m. is Vacated.

4     2.    The Scheduling Conference set for July 29, 2009 at 10:00 a.m. is continued to September 22, 2009 at 9:30 a.m. (the court is not available on Sept. 15, 2009 at 10:00am pursuant to the parties suggestion in this stipulation).

**IT IS SO ORDERED.**

**Dated:   July 15, 2009**                  /s/ Sandra M. Snyder
                                       **UNITED STATES MAGISTRATE JUDGE**