UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | CASE NO. CV F 09-0067 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| FIVE J'S TRUCKING, INC., et al., | |
| Defendants. / | |

The parties have filed a Notice of Settlement indicating that settlement has been reached as to the individual claims in this matter. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than October 12, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

The Court VACATES all pending dates and matters, including the September 22, 2009 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   September 10, 2009**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE