1    Jerry N. Budin
     State Bar #88539
2    Law Office of Jerry Budin
     2401 E. Orangeburg Ave., Ste. 675-309
3    Modesto, California 95355
     Telephone: (209) 544-3030
4    Facsimile: (209) 544-3144

5    Attorney for Plaintiffs,
     ISIDRO RODRIGUEZ, et al.
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              (Fresno Division)

11

12   ISIDRO RODRIGUEZ, et al.,        )   CASE NO. 1:09-cv-0067 LJO SMS
                                      )
13                   Plaintiffs,      )   STIPULATION FOR DISMISSAL WITH
                                      )   PREJUDICE OF ACTION AGAINST
14   vs.                             )   DEFENDANTS FIVE J'S TRUCKING,
                                      )   INC. AND JAMES L. MELLO, JR.;
15   FIVE J'S TRUCKING, INC.,         )   ORDER
     et al.,                          )
16                                    )
                     Defendants.      )
17   _____ )

18        It is hereby stipulated by and between the named plaintiffs to this action, through their

19   counsel, and defendants Five J's Trucking, Inc. and James L. Mello Jr., through their counsel, that

20   the above-captioned action against defendants Five J's Trucking, Inc. and James L. Mello Jr. be

21   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

22        This stipulation is based on the fact that the named plaintiffs are entering into a settlement

23   with defendants Five J's Trucking, Inc. and James L. Mello Jr. prior to any certification of any

24   classes with respect to those two defendants.  Under the current text of F.R.C.P. Rule 23(e), adopted

25   in 2003, such a settlement does not require court approval:

26             [P]rior to certification, the named plaintiffs may dismiss class claims
               without court approval.   The named plaintiffs may settle or
27             voluntarily dismiss their own claims just as in an individual
               action...in which case the class claims would have to be dismissed as
28             well.   Rule 23(e) does not provide the District Courts with any

1

supervisory authority over such dismissals, nor does it require notice
to the absent class members.  5 Moore's Federal Practice (3d Ed.

2

2005), §23.64(2)(a), p. 23-315.

3

See also F.R.C.P. 23, Advisory Committee Note of 2003 ("The new rule requires approval only if

4

the claims, issues or defenses of a <u>certified class</u> are resolved by settlement, voluntary dismissal or

5

compromise.")(Emphasis added).

6

DATED: September 14, 2009          LAW OFFICE OF JERRY BUDIN

7

/s/ Jerry Budin

Jerry Budin

8

Attorney for Plaintiffs,
ISIDRO RODRIGUEZ, et al.

9

10

DATED: September 14, 2009          GIANELLI & ASSOCIATES

11

/s/ Keric J. Cushing

Keric J. Cushing

12

Attorneys for Defendants,
FIVE J'S TRUCKING, INC. et al.

13

**ORDER**

14

Based on the foregoing and good cause appearing therefrom,

15

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to

16

17

defendants Five J's Trucking, Inc. and James L. Mello, Jr.  This case is closed.

IT IS SO ORDERED.

18

**Dated:   September 16, 2009          /s/ Lawrence J. O'Neill**

19

UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28